IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIMED PHARMACEUTICALS, LLC, BESINS HEALTHCARE INC., and BESINS HEALTHCARE LUXEMBOURG SARL, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY, and PERRIGO ISRAEL PHARMACEUTICALS LTD., <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br> C.A. No. 13-236 (RGA) <br> (Consolidated) |
| UNIMED PHARMACEUTICALS, LLC, BESINS HEALTHCARE INC., and BESINS HEALTHCARE LUXEMBOURG SARL, <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., <br><br> Defendant. | Member Cases: <br> 13-236, 13-496, 14-985, 14-1003, 14-1004 |

**JOINT STIPULATION OF DISMISSAL REGARDING CASE NOS. 13-496 AND 14-1004**

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs, Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare Luxembourg SARL (collectively, "Plaintiffs") and Defendant Watson Laboratories, Inc. (Watson) hereby stipulate and agree that Case Nos. 13-496 (RGA) and 14-1004 (RGA), which are a part of the above consolidated action, including all claims, counterclaims, and affirmative defenses asserted, are hereby dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party. This stipulation applies to all claims as between Plaintiffs and Watson in the above-captioned consolidated action. This stipulation, however, shall have no effect on any claims,

counterclaims, or affirmative defenses in the above-captioned consolidated action made between Plaintiffs and Perrigo Company, Perrigo Israel Pharmaceuticals, Ltd., or Perrigo UK FINCO Limited Partnership, including Case Nos. 13-236, 14-985, and 14-1003, which are also a part of this consolidated action.  Those matters shall continue.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON, LLP |
|---|---|
| */s/ Stephen J. Kraftschik* | */s/ Richard L. Horwitz* |
| Mary B. Graham (#2256) | Richard L. Horwitz (#2246) |
| Paul C. Saindon (#5110) | David E. Moore (#3983) |
| Stephen J. Kraftschik (#5623) | Bindu A. Palapura (#5370) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE  19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| mgraham@mnat.com | rhorwitz@potteranderson.com |
| psaindon@mnat.com | dmoore@potteranderson.com |
| skraftschik@mnat.com | bpalapura@potteranderson.com |
| *Attorneys for Unimed Pharmaceuticals, LLC, Besins Healthcare Inc. and Besins Healthcare Luxembourg SARL* | *Attorneys for Watson Laboratories, Inc.* |

November 19, 2014

SO ORDERED this ____ day of _____, 2014.

_____
United States District Judge

8668464