IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIMED PHARMACEUTICALS, LLC, BESINS HEALTHCARE INC., and BESINS HEALTHCARE LUXEMBOURG SARL,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY and PERRIGO ISRAEL PHARMACEUTICALS LTD.,<br><br>Defendants. | C.A. No. 13-236 (RGA)<br>(Consolidated)<br><br>Member Cases:<br>13-236, 14-985, 14-1003 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare Luxembourg SARL (collectively, "Plaintiffs") and Defendants Perrigo Co., Perrigo Israel Pharmaceuticals Ltd., and Perrigo UK Finco Limited Partnership (collectively, "Defendants") that:

(1)   No party admits liability;

(2)   Each party shall bear its own costs, attorney fees, and expenses incurred in connection with the claims dismissed by this Order;

(3)   Plaintiffs' claims against Defendants are dismissed without prejudice; and

(4)   Defendants' counterclaims against Plaintiffs are dismissed without prejudice.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| <u>/s/ Mary B. Graham</u><br>Mary B. Graham (#2256)<br>Paul C. Saindon (#5110)<br>Stephen J. Kraftschik (#5623)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>mgraham@mnat.com<br>psaindon@mnat.com<br>skraftschik@mnat.com<br><br>*Attorneys for Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare Luxembourg SARL*<br><br>OF COUNSEL:<br><br>Calvin P. Griffith<br>Jason G. Winchester<br>Gasper G. La Rosa<br>Ken Canfield<br>JONES DAY<br>North Point<br>901 Lakeside Ave.<br>Cleveland, OH 44114<br>cpgriffith@JonesDay.com<br>jgwinchester@jonesday.com<br>GJLaRosa@jonesday.com<br>kcanfield@jonesday.com<br><br>*Attorneys for Plaintiff Unimed Pharmaceuticals, LLC*<br><br>Liane M. Peterson<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 600<br>Washington, DC 20007-5109<br>lpeterson@foley.com<br><br>*Attorneys for Plaintiffs Besins Healthcare Inc. and Besins Healthcare Luxembourg SARL* | <u>/s/ John C. Phillips, Jr.</u><br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>mch@pgslaw.com<br><br>OF COUNSEL:<br><br>Christine J. Siwik<br>William A. Rakoczy<br>Alice L. Riechers<br>Gregory A. Duff<br>RAKOCZY MOLINO MAZZOCHI<br>   SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>(312) 527-2157<br>csiwik@rmmslegal.com<br>wrakoczy@rmmslegal.com<br>ariechers@rmmslegal.com<br>gduff@rmmslegal.com<br><br>*Attorneys for Defendants Perrigo Co., Perrigo Israel Pharmaceuticals Ltd., and Perrigo UK Finco Limited Partnership* |

SO ORDERED THIS _____ DAY OF _____, 2015.

_____
HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE